IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| AIRLINE PROFESSIONALS ASSOCIATION, : <br> TEAMSTERS LOCAL 1224 : <br>   : <br> Plaintiff(s) : <br>   : <br> vs. : <br>   : <br> ABX AIR, INC. : <br>   : <br> Defendant(s) : | Case Number: 1:04-cv-00663 <br><br> Senior District Judge S. Arthur Spiegel |

JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . Accordingly, the Court GRANTS Defendant ABX Air Inc.'s Motion for Summary Judgment (doc. 16) DENIES Plaintiff Airline Professionals Association, Teamsters Local Union 1224's Motion for Summary Judgment (doc. 14) and DISMISSES this case form the Court's docket.

10/20/05                                                         James Bonini, Clerk

                                                                 s/Kevin Moser
                                                                  Kevin Moser
                                                                  Deputy Clerk